UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | SACV 25-02458-FWS (SKx) | Date | November 5, 2025 |
|---|---|---|---|
| Title | Ruben Diaz Hurtada De La Cruz v. Kristi Noem et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT:

Alberto Consejo                                    Daniel A Beck (via phone)

**PROCEEDINGS:   EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER [2], [4], [5]**

Ex Parte Application for Temporary Restraining Order [2], [4], [5] hearing held.   For the reasons stated on the record, this case is transferred to the United States District Court, Eastern District of California forthwith, to hear the case for all purposes, including the Ex Parte Application for Temporary Restraining Order.

                                                                                    :     40

                                         Initials of Deputy Clerk    rrp

CC: